UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASMA FREGIS,

        Petitioner,

-vs-                              Case No.  6:11-cv-1942-Orl-19GJK

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

        Respondents.
_____

## ORDER OF DISMISSAL

On December 6, 2011, the Court ordered Petitioner to show cause, within ten days from the date of the Order, why this case should not be dismissed without prejudice as it appeared Petitioner was seeking Rule 3.850 relief in the state court (Doc. No. 3).  Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice.  By the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice**.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this ___12th_____ day of January, 2012.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP  1/3
Jasma Fregis