UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASMA FREGIS,

    Petitioner,

v.                                                        CASE NO. 6:11-cv-1942-Orl-19GJK

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on the following motion:

Petitioner's Request for a Certificate of Appealability (Doc. No. 10) is **DENIED**. This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Orlando, Florida, this  8th  day of March, 2012.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 3/8
Jasma Fregis